# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WARREN EASTERLING,

       Plaintiff,            :       Case No. 3:14-cv-226

                                District Judge Walter H. Rice

   -vs-                           Magistrate Judge Michael R. Merz

                             :

JUDGE DALE CRAWFORD,

       Defendant.

## RECOMMITTAL ORDER ON MOTION FOR RECUSAL

This case is before the Court on Plaintiff's Objections (Doc. No. 29) to the Magistrate Judge's Report and Recommendations (Doc. No. 28).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

November 19, 2014.

                                                    Walter Herbert Rice
                                                    United States District Judge