IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING, :

    Plaintiff, 

    v. : Case No. 3:14-cv-226

JUDGE DALE CRAWFORD, : JUDGE WALTER H. RICE

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS ON SECOND MOTION FOR RELIEF FROM JUDGMENT (DOC. #40); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #41) AND PLAINTIFF'S "MOTION FOR RELIEF OF JUDGMENT (RULE 60B)" (DOC. #39)

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz in his September 23, 2015, Report and Recommendations on Second Motion for Relief from Judgment (Doc. #40), as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing. Plaintiff's Objections thereto (Doc. #41) are OVERRULED for reasons previously explained. *See* Docs. ##36, 38.

Plaintiff's "Motion for Relief of Judgment (Rule 60B)" (Doc. #39) is OVERRULED. The above-captioned case shall remain terminated on this Court's docket.

Date: November 19, 2015

/s/ Walter H. Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE