IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WARREN EASTERLING,                           :

    Plaintiff,                                  :

    vs.                                         :   Case No. 3:14cv226

JUDGE DALE CRAWFORD                          :   JUDGE WALTER H. RICE

    Defendants.                                 :

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. #44) IN THEIR ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #45) OVERRULED; THIRD MOTION FOR RELIEF FROM JUDGMENT (DOC. #43) OVERRULED

---

    For reasons more than adequately set forth by the United States Magistrate Judge in his March 2, 2015, Report and Recommendations (Doc. #44) and, further, by the Magistrate Judge in Plaintiff's many other numerous filings, as well as upon the previous reasoning set forth by the Court, both in written form and in oral fashion in other matters filed by Plaintiff, said judicial filing is adopted in its entirety and Plaintiff's Objections thereto (Doc. #45) are OVERRULED. The Plaintiff's Third Motion for Relief from Judgment (Doc. #43) is OVERRULED.

    As succinctly stated as is possible, Plaintiff's Third Motion for Relief from Judgment fails for the identical reasons as the First and Second incarnations of same as well as the Complaint failed, to wit: judicial immunity, *res judicata* and the Rooker-Feldman Doctrine. No

matter how many times Plaintiff's wishes to argue to the contrary, Federal Question Jurisdiction simply does not "trump" the Rooker-Feldman Doctrine and/or the Supremacy Clause.

December 14, 2015

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Warren Easterling, *Pro Se*
Counsel of record

-2-